**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>DORIS WILMOT<br><br>Debtor | Chapter 13<br><br>Case No. 20-11864-BFK |

**MOTION TO DISMISS WITH PREJUDICE,**
**NOTICE OF MOTION TO DISMISS WITH PREJUDICE**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss with prejudice to refiling your Chapter 13 case.  The cause for this motion is as follows:

**Violation of 11 U.S.C. §1307(c) – Lack of Good Faith and Violation of 11 U.S.C. §1307(c)(1) – Unreasonable Delay.**

This is Debtor's third Chapter 13 case since receiving a Chapter 7 discharge in 2014. Her prior case history is as follows:

a. **13-15521-BFK** Doris W Wilmot **Chapter:** 7
**Date filed:** 12/11/2013 **Debtor discharged:** 03/24/2014

b. **15-13149-KHK** Doris Wilmot **Chapter:** 13
**Date filed:** 09/10/2015 **Debtor dismissed:** 12/21/2018
*Dismissed on Trustee's Motion to Dismiss for material default and no amended claim filed adding in post-petition arrearages per Consent Order and Modified Plan.*

c. **19-10903-BFK** Doris Wilmot **Chapter:** 13
**Date filed:** 03/21/2019 **Debtor dismissed:** 02/11/2020
*Dismissed on Trustee's Motion to Dismiss for unreasonable delay.*

Debtor's employment and financial situation are unchanged and her filed Plan in this case is not subject to confirmation as it has unrealistic step payments from $1,000.00/mo. to $2,350.00/mo. in month 13. Debtor's Schedules I/J do not even support the $1,000.00/mo. since Schedule I includes $1,494.46/mo. of employment income but then says at Line #13 that Debtor is unemployed.

**Notice and Motion to Dismiss**
Doris Wilmot, Case #20-11864-BFK

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

***Participate in the telephonic hearing to be held on October 22, 2020 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.***  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

> Thomas P. Gorman
> 300 North Washington Street, Ste. 400
> Alexandria, VA 22314
>
> Clerk of the Court
> United States Bankruptcy Court
> 200 South Washington Street
> Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __September 22, 2020_____        __/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, #400
Alexandria, VA 22314
(703) 836-2226
VSB 26421

**Notice and Motion to Dismiss**
Doris Wilmot, Case #20-11864-BFK

## CERTIFICATE OF SERVICE

I hereby certify that I have this 22nd day of September, 2020, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| Doris Wilmot | Nathan Fisher, Esq. |
| Chapter 13 Debtor | Attorney for Debtor |
| 2236 Coppersmith Square | Fisher-Sandler, LLC |
| Reston, VA 20191 | 3977 Chain Bridge Rd. #2 |
| | Fairfax, VA 22030 |

                                                ___/s/ Thomas P. Gorman_____
                                                Thomas P. Gorman